**Nos. 2015-1784**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ENDOTACH LLC,

*Appellant*,

v.

MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.,

*Appellees*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2014-00100

**APPELLEES MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.'S UNOPPOSED MOTION FOR A 31-DAY EXTENSION OF TIME TO FILE THEIR PRINCIPAL BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellees Medtronic, Inc. and Medtronic Vascular, Inc. ("Appellees") respectfully move for a 31-day extension of the time within which they may file their principal brief. Counsel for Appellant Endotach LLC have informed counsel for Appellees that Appellant does not oppose this motion and will not file a response.

Appellees' principal brief is currently due on or before Friday, October 16, 2015. Appellees respectfully request that the briefing schedule be revised such that the deadline is extended by 31 days. If Appellees' request is granted, its principal

brief would be due Monday, November 16, 2015. Appellees have not previously sought an extension of time for filing their brief.

As set forth in the accompanying declaration of counsel, there is good cause for a 31-day extension of the time within which Appellees may file their principal brief. The existing briefing schedule conflicts with other professional obligations of counsel for Appellees. Appellees respectfully request that their motion be granted. A proposed order is included herewith.

Dated: September 4, 2015                                  Respectfully submitted,

/s/ *Mark C. Fleming*
MARK C. FLEMING
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Counsel for Appellees Medtronic, Inc. and Medtronic Vascular, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellees Medtronic, Inc. and Medtronic Vascular, Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

   Medtronic, Inc. and Medtronic Vascular, Inc.

2. The names of the real party in interest represented by us is:

   Medtronic, Inc. and Medtronic Vascular, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Medtronic Vascular, Inc. is a wholly owned subsidiary of Medtronic, Inc.. Medtronic plc wholly owns and is the ultimate parent of Medtronic, Inc.. Medtronic plc is a publicly traded corporation. No other publicly traded corporation owns 10% or more of the stock of Medtronic plc.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   WILMER CUTLER PICKERING HALE AND DORR LLP: Mark C. Fleming, Kevin A. Goldman

   PILLSBURY WINTHROP SHAW PITTMAN LLP: Jack Barufka, Ngai Zhang, Evan Finke

   MEDTRONIC, INC.: David P. Ruschke

Dated: September 4, 2015                /s/ *Mark C. Fleming*
                                         Mark C. Fleming

**Nos. 2015-1601, -1602, -1610**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ENDOTACH LLC,

*Appellant*,

v.

MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.,

*Appellees*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2014-00100

**DECLARATION OF MARK C. FLEMING IN SUPPORT OF APPELLEES MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.'S UNOPPOSED MOTION FOR A 31-DAY EXTENSION OF TIME TO FILE THEIR PRINCIPAL BRIEF**

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel to Appellees Medtronic, Inc. and Medtronic Vascular, Inc. ("Appellees") in this appeal. I am submitting this declaration in support of Appellees' motion for a 31-day extension of the time within which to file their principal brief.

2. Under the current briefing schedule, Appellees' principal brief is currently due on or before Friday, October 16, 2015. Appellees respectfully requests that the briefing schedule be revised such that the deadline is extended by 31 days. If Appellees' request is granted, their principal brief would be due Monday, November 16, 2015.

3. The additional time requested herein is necessary to accommodate the professional schedule of Appellees' counsel in earlier-filed matters. In particular, I am scheduled to present argument before the *en banc* Ninth Circuit in *Almanza-Arenas v. Lynch*, Nos. 2009-71415, 2010-73715 (9th Cir.), on September 10, 2015; to present oral argument before this Court in *Nike, Inc. v. Adidas AG*, No. 14-1719 (Fed. Cir.) on October 8, 2015; and am preparing Cardiocom LLC's principal brief in *Robert Bosch Healthcare System v. Cardiocom, LLC*, No. 15-1601 (Fed. Cir.), due on October 19, 2015.

5. Pursuant to Federal Circuit Rule 27(a)(5), counsel for Appellees have conferred with counsel for Appellant regarding this motion. Appellant does not oppose Appellees' request for a 31-day extension of the time within which to file their brief and will not file a response.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2015.    /s/ *Mark C. Fleming*
MARK C. FLEMING
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

# Nos. 2015-1601, -1602, -1610

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ENDOTACH LLC,

*Appellant*,

v.

MEDTRONIC, INC. AND MEDTRONIC VASCULAR, INC.,

*Appellees*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2014-00100

## ORDER

Upon consideration of Appellees Medtronic, Inc. and Medtronic Vascular, Inc.'s Unopposed Motion For A 31-Day Extension of Time To File Their Principal Brief, IT IS HEREBY ORDERED THAT:

The motion is granted. Appellees Medtronic, Inc. and Medtronic Vascular, Inc.'s Principal Brief is to be filed on or before November 16, 2015.

Dated:_____, 2015              _____

# CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of September, 2015 I filed the foregoing Appellees Medtronic, Inc. and Medtronic Vascular, Inc.'s Unopposed Motion For A 31-Day Extension Of Time To File Their Principal Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

 

                 */s/ Mark C. Fleming*
                 MARK C. FLEMING
                 WILMER CUTLER PICKERING
                   HALE AND DORR LLP
                 60 State Street
                 Boston, MA  02109
                 (617) 526-6000

September 4, 2015